# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**PATRICK THOMPSON**  **PLAINTIFF**

**vs.**  **4:10CV00123-WRW**

**HARDING UNIVERSITY,** *et al.*  **DEFENDANTS**

## ORDER

Pending is Defendant's Motion for Costs and to Stay Proceedings Pending Payment of Costs (Doc. No. 6). Plaintiff has responded.[1]

After carefully considering the arguments and evidence presented in two hearings on this Motion,[2] Defendant's Motion is DENIED.

IT IS SO ORDERED this 21st day of April, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 6.

[2] The hearing held on April 1, 2010, was continued on April 21, 2010. Doc. Nos. 12, 13.