**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PATRICK THOMPSON**                                                                                      **PLAINTIFF**

**v.**                                            **4:10CV00123-BRW**

**HARDING UNIVERSITY**
**and DAVID COLLINS**                                                                              **DEFENDANTS**

**JUDGMENT**

Based on an Order entered this date, summary judgment is entered in favor of Defendants.

IT IS SO ORDERED this 28th day of March, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE